Clayton Fulghum, Rosalee M. McNamara, Lathrop & Gage, Kansas City, MO, for Defendant–Appellee.

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

In this action claiming employment-related discrimination and retaliation, Christopher Baldwin appeals the district court's [1] adverse grant of summary judgment. Upon careful de novo review, *see Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir.) (en banc), *cert. denied*, —— U.S. ——, 132 S.Ct. 513, 181 L.Ed.2d 349 (2011), we conclude that the grant of summary judgment was proper for the reasons stated by the district court.

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B. We also deny Baldwin's pending motion.

**UNITED STATES of America, Appellee,**

v.

**Jesus CORRAL, Appellant.**

No. 11–3726.

United States Court of Appeals, Eighth Circuit.

Submitted: June 19, 2012.

Filed: June 19, 2012.

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

Kenneth P. Elser, U.S. Attorney's Office, Fort Smith, AR, Matthew J. Wilson, U.S. Attorney's Office, Fort Smith, AR, for Appellee.

Jesus Corral, Atlanta, GA, pro se.

Naif Samuel Khoury, Fort Smith, AR, for Appellant.

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Jesus Corral directly appeals the within-Guidelines-range sentence the district court[1] imposed after he pled guilty to conspiracy to distribute more than 500 grams of a mixture or substance containing methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846. His counsel has moved to withdraw, and has filed a brief citing *Anders v. California* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

After carefully and independently reviewing the record, consistent with *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), this court has found no nonfrivolous issue. This court grants counsel leave to withdraw, and affirms.

1. The Honorable P.K. Holmes, III, Chief Judge, *United States District Court for the* Western District of Arkansas.